#3
15JF

Robert J. Guzman-Cruz #47600-069
<u>Number/Alien Registration Number</u>

F.C.I. Loretto
<u>Place of Confinement</u>

P.O. Box 1000
<u>Mailing Address</u>

Cresson, PA 16630
<u>City, State, Zip Code</u>

RECEIVED

JUN 1 3 2025

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Robert J. Guzman-Cruz

(Full Name of Petitioner)

          Petitioner,

vs.

Michael Underwood

(Name of Warden, Jailor or authorized person having custody of Petitioner)

          Respondent.

)
)
)
) Case No. 3:25-cv-174
)        (To be supplied by Clerk)
)
)
) Petitioner Under 28 U.S.C. § 2241
) For a Writ Of Habeas Corpus
) By a Person In Federal Custody
)
)
)

## PETITION

1. What are you challenging in this petition?
   - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   - ☐ Immigration detention
   - ☐ Probation, parole or supervised release
   - ☒ Other (explain): __FBOP improperly failed to provide time credits__

2. (a) Name and location of the agency or court that made the decision you are challenging: _____
                 FCI Loretto

   (b) Case or opinion number: _____

   (c) Decision made by the agency or court: __Denied request to correct__

(d) Date of the decision:

3. Did you appeal the decision to a higher agency or court? Yes ☐ No ☐

If yes, answer the following:

(a) First appeal:

(1) Name of the agency or court:   FBOP (Warden)

(2) Date you filed:   December 12, 2024

(3) Opinion or case number: 1222970-F1

(4) Result:   Denied

(5) Date of result:   December 23, 2024

(6) Issues raised: 1) Reclassification of 924(c) no longer being a violent offense warrants a revision from being ineligible under FSA and RDAP for consideration of applying time credits; 2) The BOP disqualifying credits to eligible charges after satisfying the sentence of an ineligible one.

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

(1) Name of the agency or court: FBOP Northeast Region

(2) Date you filed:   January 1, 2025

(3) Opinion or case number:   Same as above

(4) Result:   Same as above

(5) Date of result:   February 20, 2025

(6) Issues raised:   Same as above

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

(1) Name of the agency or court: FBOP Central Office

(2) Date you filed: March 3, 2025

(3) Opinion or case number: I222970-A1

(4) Result: Denied correction and concurred with the lower agencies.

(5) Date of result: April 11, 2025

(6) Issues raised: _____ Same as above

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

4.    If you did not appeal the decision to a higher agency or court, explain why you did not: ____ N/A

_____

_____

_____

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
        Yes ☐
        No ☒

If yes, answer the following:

(a) Name of the agency or court: _____

(b) Date you filed: _____

(c) Opinion or case number: _____

(d) Result: _____

(e) Date of result: _____

(f) Issues raised: _____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

6.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

3

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.

GROUND ONE:    Violation of Due Process

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
    Please see attached memorandum

(b) Did you exhaust all available administrative remedies relating to Ground One?  Yes ☒  No ☐

(c) If yes, did you present the issue to:
    ☒  The Office of General Counsel
    ☐  The Board of Immigration Appeals
    ☐  The Parole Commission
    ☐  Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why

4

_____

GROUND TWO: _____

_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Two?  Yes ☐  No ☐

(c)  If yes, did you present the issue to:

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

_____
_____
_____
_____
_____
_____
_____

GROUND THREE: _____
_____
_____
_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

6

(b) Did you exhaust all available administrative remedies relating to Ground Three?  Yes ☐ No ☐

(c) If yes, did you present the issue to:
   ☐ The Office of General Counsel
   ☐ The Board of Immigration Appeals
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

_____
_____
_____
_____
_____
_____
_____

GROUND FOUR: _____
_____
_____
_____
_____

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Four?  Yes ☐  No ☐

(c)  If yes, did you present the issue to:
    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

_____

_____

_____

_____

_____

_____

_____

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐  No ☒
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255? Yes ☐  No ☐

    If yes, answer the following:

    (1)  Name of court: _____

    (2). Case number: _____

    (3)  Opinion or case number: _____

    (4) Result: _____

    (5)  Date of result: _____

8

(6) Issues raised: _____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b)    Explain why the remedy under § 2255 is inadequate or ineffective: _____

_____

_____

_____

8.    If this case concerns immigration removal proceedings, answer the following:

(a)    Date you were taken into immigration custody: _____

(b)    Date of removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?  Yes ☐ No ☐

(1) Date you filed: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d)    Did you file an appeal with the federal court of appeals?
Yes ☐  No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9.    Petitioner asks that the Court grant the following relief: <u>Order the FBOP to allow the petitioner</u>
<u>to earn credits toward early supervised release and Residential Re-Entry Center placement</u>
<u>under the First Step Act for his now eligible charge and sentence.</u>

_____

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)


I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, day, year).


_____
Signature of Petitioner


_____            _____
Signature of attorney, if any        Date